IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>MALCOLM J. DAVIS,<br><br>      Defendant. | No. 6:25-mj-00046-HBK<br><br>ORDER OF RELEASE |

    The above named defendant having been sentenced on October 20, 2025.

    IT IS HEREBY ORDERED that the defendant shall be released October 20, 2025.

Date: 10/20/2025                    _____
                                    U.S Magistrate Judge

Order of Release - 1