# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MALCOLM J. DAVIS Defendant. | Case No. 6:25-mj-00046-HBK **DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | 36 C.F.R. § 4.23(a)(2) |
| **Sentence Date:** | October 20, 2025 |
| **Review Hearing Date:** | October 6, 2026 |
| **Probation Expires On:** | October 20, 2027 |

***CONDITIONS OF UNSUPERVISED PROBATION:***

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1,510.00 which Total Amount is made up of a Fine: $ 1,500.00 Special Assessment: $ 10.00 Processing Fee: $ N/A Restitution: $ N/A

☒ **Payment schedule of:** $ 10.00 Special Assessment due immediately, $750 due by 10/13/2026, and the remaining $750.00 due by 4/20/2027.

☐ **Community Service hours Imposed of:** N/A

☒ **Other Conditions:** Shall not drive a vehicle unless properly licensed and insured; shall abstain from the use or possession of alcohol and not frequent establishments where the primary business is sale of alcohol; shall attend weekly AA meetings for the first 6 months of probation; shall not operate a motor vehicle with any detectable amount of alcohol in Mr. Davis's system; shall not refuse to or fail to complete a chemical test to determine blood alcohol content, if requested by a Law Enforcement Officer; and shall install an interlock ignition device in any vehicle Mr. Davis operates for the first 12 months of probation.

***DEFENSE POSITION:***

☒ To date, Defendant has paid a total of $ 760.00
☐ If not paid in full when was last time payment: Date: Click here to enter a date.
Amount: $

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☒ Compliance with Other Conditions of Probation: Mr. Davis has until April of 2027 to complete the remaining fine payment. Mr. Davis participated in AA meetings from November 2025 to April

2026. Mr. Davis has had an interlock ignition device in his vehicle from January 2026 to the present. Mr. Davis has complied with all other conditions of probation.

***GOVERNMENT POSITION:***

☒ The Government agrees to the above-described compliance.

☐ Defendant has complied with and completed all conditions of probation described-above.

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 10/6/2026 at 10 am

☐ be continued to Click here to enter a date. at 10:00 a.m.; or

☒ be vacated.

☐ that Defendant's unsupervised probation be terminated, and that the case be closed.

DATED: 9/28/2026

*/s/ Peter McGuire*
DEFENDANT'S COUNSEL

**O R D E R**

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED. The Court orders that Choose an item.

☒ DENIED. Defendant may appear by videoconference for the review hearing.

DATED: 10/5/2026

Helena M. Barch-Kuchta
HELENA M. BARCH-KUCHTA
United States Magistrate Judge